UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MUNOZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PEETS COFFEE, INC.,<br><br>    Defendant. | Case No. 24-cv-01764-JST<br><br>**CLERK'S JUDGMENT**<br>Re: Dkt. No. 60 |

Pursuant to the ORDER GRANTING MOTION TO DISMISS signed May 22, 2025, Judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 22, 2025

Mark B. Busby
Clerk, United States District Court

By:   _____

Dianna Shoblo, Deputy Clerk to the
Honorable JON S. TIGAR